[No. 12703–2–II.  Division Two.  July 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ARLETTA GARRISON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88–1–00113–6, Grant S. Meiner, J., entered March 27, 1989. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 13704–6–II.  Division Two.  July 12, 1991.]

DEBORAH KARHU, *Appellant,* v. ARTHUR KARHU, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89–2–00187–6, David E. Foscue, J., entered February 26, 1990. *Reversed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 13267–2–II.  Division Two.  July 15, 1991.]

JAMES BJORGEN, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86–2–01006–0, Frank J. Eberharter, J. Pro Tem., entered September 5, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Morgan, JJ.